# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Tiffany A. Matthews,**<br>    Debtor,<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST**<br>    Movant<br>v.<br>**Tiffany A. Matthews**<br>    Debtor/Respondent<br><br>**Kenneth E. West, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 24-10940-djb**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this _____ day of _____, 20__, upon consideration of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d)  any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST; and it is further

ORDERED, that U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 1534 Rainer Road, Brookhaven, PA 19015, including without limitation a sheriff's sale of the property.

        **BY THE COURT**

        _____
        **HON. Derek J Baker**
        **U.S. Bankruptcy Court Judge**