# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                           Case No. 24-10940-djb

    Tiffany A. Matthews,                          Chapter 13

                  Debtor.

**Declaration of Tiffany A. Matthews**

I, Tiffany A. Matthews, hereby declare as follows:

1. I am the debtor in this bankruptcy case.

2. If called to testify at any hearing in this matter, I could and would competently testify from my personal knowledge to the facts stated below.

3. On or about 04/08/2025, I caused money orders nos. *******3971 and *******3970 in the total amount of $1,093.93 to be mailed to Selene Finance LP.

4. On or about 05/29/2025, I caused money orders nos. *******6050 and *******6049 in the total amount of $1,093.93 to be mailed to Selene Finance LP.

5. On or about 06/30/2025, I caused money orders nos. *******3145 and *******3146 in the total amount of $1,093.93 to be mailed to Selene Finance LP.

6. On or about 07/16/2025, I caused money orders nos. *******1214 and *******1234 in the total amount of $1,093.93 to be mailed to Selene Finance LP.

7. On or about 08/29/2025, I caused money orders nos. *******0973 and *******974 in the total amount of $1,093.93, to be mailed to Selene Finance LP.

8. On or about 09/26/2025, I caused money orders nos. *******6442 and *******6443 in the total amount of $1,093.93, to be mailed to Selene Finance LP.

9. On or about 11/05/2025, I caused money orders nos. *******4497 and *******4496 in the total amount of $1,093.93, to be mailed to Selene Finance LP.

10. I purchased each money order, filled it out, and caused it to be mailed as stated. Each was made payable to Selene Finance LP.

11. For each payment above, I placed a properly addressed envelope with postage prepaid into the custody of the United States Postal Service, addressed to: Selene Finance LP, 3501 Olympus Blvd., Suite 500, Dallas, TX 75019.

12. I retained copies of each money order receipt in my regular personal financial records at or near the time of mailing. True and correct copies of each money order are attached as Exhibit A.

13. I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: 11/06/2025

_____
Tiffany A. Matthews



MONEY ORDER RECEIPT - NON NEGOTIABLE

Ask a store associate for details.
and many other payments through Western Union?
Did you know you can make utility, auto loan, mortgage
AGT 243945 LOC 000000 DT 110525 $93.93 93DOLLARS AND 93CENTS
Payable to: Selene Finance October

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

* 19786174497 *



September 2025

Ask a store associate for details.
and many other payments through Western Union?
Did you know you can make utility, auto loan, mortgage
AGT 243945 LOC 000000 DT 092625 $1000.00 1THOUSANDDOLLARS
AND NO CENTS
Payable to:  Selene France

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 7 7 9 0 3 6 4 4 2 \*

LOAD THIS DIRECTION, THIS SIDE UP →

September 2025







**MONEY ORDER RECEIPT - NON NEGOTIABLE**

*July*

Ask a store associate for details.
and many other payments through Western Union?
Did you know you can make utility, auto loan, mortgage

AGT 243945 LOC 000000 DT 071725 $393.93 3HUNDRED93DOLLARS AND 93CENTS

Payable to: _____

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 1 9 7 6 9 6 4 1 2 3 4 \*







**MONEY ORDER RECEIPT - NON NEGOTIABLE**

Ask a store associate for details.
and many other payments through Western Union?
Did you know you can make utility, auto loan, mortgage
AGT 243945 LOC 000000 DT 052925 $93.93 93DOLLARS AND 93CENTS

Payable to: _____
**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.
**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-800-999-9660.

\* 19704766050 \*





