𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔅𝔞𝔫𝔨𝔯𝔲𝔭𝔱𝔠𝔶 ℭ𝔬𝔲𝔯𝔱
𝔈𝔞𝔰𝔱𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

In re:                                                                Case No. 24-10940-djb

    Tiffany A. Matthews,                                    Chapter 13

                       Debtor.

## Certificate of Service

    I, Michael I. Assad, certify that on November 6, 2025, I did cause a true and correct copy of the documents described below to be served on ~~the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to~~ all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Declaration of Tiffany A. Matthews

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 6, 2025                            /s/ Michael I. Assad
                                                           Michael I. Assad
                                                           Sadek Law Offices, LLC
                                                           1500 JFK Boulevard, Suite 220
                                                           Philadelphia, PA 19102
                                                           215-545-0008
                                                           michael@sadeklaw.com